Daniel HORGAN, Plaintiff/Respondent,

v.

BARNES HOSPITAL and Barnes St. Peters Hospital, Defendants/Appellants.

No. 68155.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 30, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 9, 1996.

Application to Transfer Denied
Oct. 22, 1996.

Kathleen L. Pine, Sandberg, Phoenix & Von Gontard, P.C., St. Louis, for defendants/appellants.

George L. Fitzsimmons, Gray & Ritter, P.C., St. Louis, for plaintiff/respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Defendants appeal from a judgment based upon a jury verdict in a medical malpractice case. The evidence in support of the jury verdict is not insufficient and no error of law appears. An opinion would have no prece-

dential value. The parties have been furnished with a statement of the reasons for our affirmance. The judgment is affirmed in compliance with Rule 84.16(b).